COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-264-CV

IN RE BRANDON LEWALLEN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL  B:  DAUPHINOT, LIVINGSTON, and HOLMAN, JJ. 

DELIVERED:  June 26, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.